■ In the Matter of the Probate of the Will of JOSEPHINE M. PROBEN, Deceased. T. FREDERICK ROEDIGER, Respondent; JOHN A. PROBEN, JR., et al., Appellants.— Motion to dispense with the printing of the record and brief denied, without costs. Motion to extend time to perfect the appeal granted on condition that appellants be ready to argue or submit the appeal at the January 1961 Term, for which term the appeal is ordered to be placed on the calendar. The record and appellants' brief must be served and filed on or before November 15, 1960.

■ MURRAY JACOBS et al., Respondents, v. FRANCES LEWICKI, Appellant.— Motion for a stay pending appeal granted on condition that appellant argue or submit the appeal at the October Term, beginning October 3, 1960.

■ ALBERT S. KLECKNER, Appellant, v. JULIUS LEVINE, Respondent.— Motion for a stay, pending appeal, granted on condition that appellant be ready to argue or submit the appeal on October 14, 1960, for which day the appeal is ordered to be placed on the calendar. The record and appellant's brief must be served and filed on or before October 7, 1960.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE ALBANESE, Appellant.— Motion to enlarge time to perfect appeal from an order denying a *coram nobis* application, granted. The appellant's time is enlarged to the October 1960 Term; appeal ordered to be placed on the calendar for October 10, 1960.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MORRIS CLAYMAN, Appellant.— Motion to dismiss appeal denied. The appellant's time to perfect the appeal is enlarged to the October 1960 Term, beginning October 3, 1960, for which term the appeal is ordered to be placed on the calendar.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR FESSIA, Appellant.— Motion to enlarge time granted; appellant to perfect the appeal for the October 1960 Term; appeal ordered to be placed on the calendar for October 10, 1960.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. RUDOLPH HAHN, Defendant. THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. RUDOLPH HAHN and DAVID HULSBERG, Defendants.— Motions to dismiss indictment denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALICE HICKS, Appellant.— Motion to dispense with printing and to enlarge time, granted. The appeal will be heard on the original papers (including the typed minutes) and on a typewritten brief. The appellant is directed to file five copies of her brief and to serve one copy on the District Attorney. The appellant's time to perfect the appeal is enlarged to the October 1960 Term, beginning October 3, 1960, for which term the appeal is ordered to be placed on the calendar.

■ JOHN RODRIGUES, an Infant, by His Guardian ad Litem, et al., Appellants, v. CITY OF NEW YORK et al., Respondents, et al., Defendant.— Motions to dismiss appeal denied on condition that appellants be ready to argue or submit the appeal on October 14, 1960, for which day the appeal is ordered to be placed on the calendar. The record and appellants' brief must be served and filed on or before October 3, 1960.

■ SIGROL REALTY CORP., Respondent, v. RAYMOND J. VALCICH et al., Appellants.— Motion for a stay pending appeal, denied, without costs. Motion to dismiss appeal denied on condition that appellants be ready to argue or submit the appeal at the November 1960 Term, beginning October 31, 1960, for which term the appeal is ordered to be placed on the calendar. The record and appellants' brief must be served and filed on or before October 14, 1960.